JOSEPH KONITCH, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
ALBERT E. HARTUNG, DEFENDANT-RESPONDENT.

See same case below: 81 *N. J. Super.* 376.

*Mr. David Shapiro* for the petitioner.

*Messrs. Schneider & Morgan* and *Mr. Robert J. C. McCoid*
for the respondent.

January 27, 1964.  Denied.

THE INSURANCE COMPANY OF THE STATE OF PENNSYL-
VANIA, PLAINTIFF-RESPONDENT, v. PASQUALE V.
PALMIERI, *ET AL.*, DEFENDANTS-RESPONDENTS, AND
R. LOUIS RUBERTON, *ET AL.*, DEFENDANTS-PETITION-
ERS.

See same case below: 81 *N. J. Super.* 170.

*Messrs. Schreiber, Lancaster & Demos* and *Mr. Gerald W.
Conway* for the petitioners.

*Messrs. Taylor, Bischoff, Neutze & Williams, Messrs. Kis-
selman, Devine, Deighan & Montano* and *Mr. Michael Patrick
King* for the respondents.

January 27, 1964.  Denied.